

John P. Kristensen
Jesenia A. Martinez
Alejandro Marin

October 22, 2021

<u>Via Email Only</u>
Clerk of the Court, Civil Division
U.S. District Court for the Eastern District of Virginia
U.S. Courthouse
600 Granby Street, Room 400
Norfolk, Virginia 23510

  Re: <u>Chardae Mosley, et al. v. White Pines, Inc., et al. – Case No. 2:21-cv-00284</u>

To the Clerk of the Court:

  On September 1, 2021, Plaintiffs Chardae Mosley, et al. ("Plaintiffs") filed their Motion for Conditional Certification and Issuance of Notice Pursuant to 29 U.S.C. § 216(b) [Dkt. 27]. Defendants filed their Opposition to the Motion for Conditional Certification on September 15, 2021 [Dkt. 37]. Plaintiffs filed their Reply in Support of the Motion for Conditional Certification on September 21, 2021 [Dkt. 41].

  The parties having met and conferred on August 18, 2021, and the Motion for Conditional Certification being fully opposed by Defendants, the Motion is now ripe for consideration. Plaintiffs withdraw their request for a hearing on the matter and respectfully request that the Motion be forwarded to the Judge for consideration.

              Regards,

              Alejandro Marin

cc: John P. Kristensen (via CM/ECF)
   David A.C. Long (via CM/ECF)
   Suzanne S. Long (via CM/ECF)
   Thomas M. Lucas (via CM/ECF)
   Shaun Bennet (via CM/ECF)