IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CHARDAE MOSLEY, *et al.*,<br>    Plaintiffs,<br>        v.<br><br>WHITE PINES, INC., *d/b/a L.A's Night Club*, *et al.*,<br>    Defendants. | )<br>)<br>)  Civil Action No. 2:21CV284 (RCY)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on the Parties' Joint Motion for Approval of FLSA Settlement and Dismissal of Plaintiff's First Amended Complaint with Prejudice ("Motion for Approval") (ECF No. 63) and Parties' Joint Motion for Leave to File Confidential Settlement Agreement Under Seal ("Motion to File Under Seal") (ECF No. 65).

Upon consideration of the Parties' Motion for Approval, it is hereby ORDERED that (1) the Motion for Approval (ECF No. 63) is GRANTED and the Settlement Agreements are APPROVED as fair and adequate; (2) the Parties' Motion to File Under Seal (ECF No. 65) is GRANTED; (3) this action is DISMISSED WITH PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement, if necessary.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Roderick C. Young
Richmond, Virginia　　　　　　　　　　　　　　United States District Judge
Date: February 9, 2022